

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2019

No. 04-18-00450-CV

Velma **SAN MIGUEL,**
Appellants

v.

**PLAINSCAPITAL BANK,** Trustee of The Guerra Mineral Trust,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

Appellant's reply brief was due on February 19, 2019. *See* TEX. R. APP. P. 38.6(c). After the due date, Appellant filed an unopposed first motion for an extension of time to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is due on March 4, 2019. *See id.* R. 38.6(d).

It is so ORDERED on February 21, 2019

PER CURIAM

ATTESTED TO: _____

KEITH E. HOTTLE,
Clerk of Court

